VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
JESSICA N. LEAL, ESQ., Cal. Bar No. 267232
E-Mail: jleal@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STARBUCKS CORPORATION,
doing business as STARBUCKS
COFFEE COMPANY

Daniel Feder (SBN 130867)
Qian Sun (SBN 296368)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plainff
MA JANETTE MEDRANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-04846-YRG<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br><br>Date:    March 15, 2012<br>Time:    9:00 a.m.<br>Judge:  Hon. Bernard Zimmerman |

{100010387}

CASE NO. 3:11-cv-04846-YRG                                JOINT STIPULATION AND [PROPOSED] ORDER
                                                          RESCHEDULING SETTLEMENT CONFERENCE

1  Plaintiff Ma Janette Medrano (hereinafter "Plaintiff") and Defendant Starbucks
2 Corporation, doing business as Starbucks Coffee Company (hereinafter "Starbucks" or
3 "Defendant") hereby submit this Joint Stipulation and [Proposed] Order requesting a rescheduling
4 of the settlement conference currently scheduled for March 15, 2012, as follows:
5  WHEREAS, on February 14, 2012, Honorable Yvonne Gonzalez Rogers referred this
6 matter for a mandatory settlement conference before a Magistrate Judge to occur by May 14,
7 2012; and
8  WHEREAS, on February 16, 2012, counsel for the parties received noticed that a
9 settlement conference was scheduled for March 15, 2012; and
10  WHEREAS, prior to February 16, 2012, counsel for Starbucks had prescheduled a
11 vacation for the week of April 2 – 14, 2012; and
12  WHEREAS, counsel for the parties mutually agreed to schedule Plaintiff's deposition for
13 April 19, 2012, when all parties and deponent are available; and
14  WHEREAS, counsel for the parties each believe that a settlement conference will be most
15 meaningful after the completion of Plaintiff's deposition and limited discovery; and
16  WHEREAS, counsel for the parties met and conferred and mutually agreed to reschedule
17 the settlement conference to Thursday, May 10, 2012, when all parties are available.
18  NOW, THEREFORE, the parties hereby respectfully submit a joint request that the Court
19 reschedules the settlement conference to May 10, 2012.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

SO STIPULATED:

Dated: March 1, 2012           VILLARREAL HUTNER & TODD PC

By   _____*/s/ Jessica N. Leal*_____
         LARA VILLARREAL HUTNER
         JESSICA N. LEAL

         Attorneys for Defendant
         STARBUCKS CORPORATION,
         doing business as STARBUCKS
         COFFEE COMPANY

Dated: March 1, 2012           LAW OFFICES OF DANIEL FEDER

By   _____*/s/ Qian Sun*_____
         DANIEL FEDER
         QIAN SUN

         Attorneys for Plaintiff
         MA JANETTE MEDRANO

         Concurrence obtained per General Order 45

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory Qian Sun, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 1st day of March, 2012.

_____*/s/ Jessica N. Leal*_____
         JESSICA N. LEAL

/ / /

/ / /

/ / /

{100010387}                    -2-
CASE NO. 3:11-cv-04846-YRG            JOINT STIPULATION AND [PROPOSED] ORDER
                                      RESCHEDULING SETTLEMENT CONFERENCE

1 | IT IS SO ORDERED:

2 |     The stipulation of the parties to reschedule the March 15, 2012 settlement conference is

3 | approved and hereby adopted as the Order of the Court. The settlement conference is rescheduled

4 | for May 10, 2012 [or, alternatively, _____, 2012]. at 10:00 a.m., in courtroom D,

5 |     15th Floor.

6 | Dated: March 1, 2012      By /s/ Bernard Zimmerman
    Magistrate Judge Bernard Zimmerman

{100010387}      -3-
CASE NO. 3:11-cv-04846-YRG      JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE