| | |
|---|---|
| 1 | VILLARREAL HUTNER & TODD PC |
| | LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639 |
| 2 | E-Mail: lhutner@vhtattorneys.com |
| | JESSICA N. LEAL, ESQ., Cal. Bar No. 267232 |
| 3 | E-Mail: jleal@vhtattorneys.com |
| | 575 Market Street, Suite 300 |
| 4 | San Francisco, California  94105 |
| | Telephone: 415.543.4200 |
| 5 | Facsimile: 415.512.7674 |
| 6 | Attorneys for Defendant |
| | STARBUCKS CORPORATION, |
| 7 | doing business as STARBUCKS |
| | COFFEE COMPANY |
| 8 | |
| 9 | Daniel Feder (SBN 130867) |
| | Qian Sun (SBN 296368) |
| 10 | LAW OFFICES OF DANIEL FEDER |
| | 332 Pine Street, Suite 700 |
| 11 | San Francisco, CA  94104 |
| | Telephone: (415) 391-9476 |
| 12 | Facsimile: (415) 391-9432 |
| 13 | Attorneys for Plainff |
| | MA JANETTE MEDRANO |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO, an individual, | CASE NO. 3:11-cv-04846-YRG |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; and DOES 1-50, inclusive, | Date:   March 15, 2012<br>Time:   9:00 a.m.<br>Judge:   Hon. Bernard Zimmerman |
| Defendants. | |

{100010387}

CASE NO. 3:11-cv-04846-YRG                    JOINT STIPULATION AND [PROPOSED] ORDER
                                              RESCHEDULING SETTLEMENT CONFERENCE

1   Plaintiff Ma Janette Medrano (hereinafter "Plaintiff") and Defendant Starbucks
2   Corporation, doing business as Starbucks Coffee Company (hereinafter "Starbucks" or
3   "Defendant") hereby submit this Joint Stipulation and [Proposed] Order requesting a rescheduling
4   of the settlement conference currently scheduled for March 15, 2012, as follows:
5   WHEREAS, on February 14, 2012, Honorable Yvonne Gonzalez Rogers referred this
6   matter for a mandatory settlement conference before a Magistrate Judge to occur by May 14,
7   2012; and
8   WHEREAS, on February 16, 2012, counsel for the parties received noticed that a
9   settlement conference was scheduled for March 15, 2012; and
10  WHEREAS, prior to February 16, 2012, counsel for Starbucks had prescheduled a
11  vacation for the week of April 2 – 14, 2012; and
12  WHEREAS, counsel for the parties mutually agreed to schedule Plaintiff's deposition for
13  April 19, 2012, when all parties and deponent are available; and
14  WHEREAS, counsel for the parties each believe that a settlement conference will be most
15  meaningful after the completion of Plaintiff's deposition and limited discovery; and
16  WHEREAS, counsel for the parties met and conferred and mutually agreed to reschedule
17  the settlement conference to Thursday, May 10, 2012, when all parties are available.
18  NOW, THEREFORE, the parties hereby respectfully submit a joint request that the Court
19  reschedules the settlement conference to May 10, 2012.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

-2-

**SO STIPULATED:**

Dated:  March 1, 2012         VILLARREAL HUTNER & TODD PC

By    */s/ Jessica N. Leal*
LARA VILLARREAL HUTNER
JESSICA N. LEAL

Attorneys for Defendant
STARBUCKS CORPORATION,
doing business as STARBUCKS
COFFEE COMPANY

Dated:  March 1, 2012         LAW OFFICES OF DANIEL FEDER

By    */s/ Qian Sun*
DANIEL FEDER
QIAN SUN

Attorneys for Plaintiff
MA JANETTE MEDRANO

Concurrence obtained per General Order 45

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory Qian Sun, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 1st day of March, 2012.

    */s/ Jessica N. Leal*
JESSICA N. LEAL

/ / /

/ / /

/ / /

-3-

1  IT IS SO ORDERED:

2      The stipulation of the parties to reschedule the March 15, 2012 settlement conference is

3  approved and hereby adopted as the Order of the Court.  The settlement conference is rescheduled

4  for May 10, 2012 [or, alternatively, _____, 2012].  at 10:00 a.m., in courtroom D, 15th Floor.

5

6  Dated: March 1, 2012      By  */s/ Bernard Zimmerman*

7                      Magistrate Judge Bernard Zimmerman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{100010387}

CASE NO. 3:11-cv-04846-YRG        JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE