UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>STARBUCKS CORP., et al.,<br><br>　　　Defendants. | Case No.: C-11-04846-YGR<br><br>**ORDER TO SHOW CAUSE AND NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff's counsel Daniel L. Feder and Quin Sun of the Law Offices of Daniel Feder are HEREBY ORDERED TO SHOW CAUSE on <u>March 16, 2012 at 2:00 p.m.</u> why they should not be sanctioned for failing to comply with the Court's Standing Order regarding appearance of counsel at Case Management Conferences. The Court's Standing Order in Civil Cases states at Section 6 regarding Case Management Conferences:

> These conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to this and Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

At the Case Management Conference on March 12, 2012, Plaintiff was not represented by counsel with authority to enter into stipulations, to make admissions, or to fully address the matters referenced above. As such, the Court hereby continues the Case Management Conference until March 16, 2012, to coincide with the Order to Show Cause Hearing. Personal appearances are required. At the hearing, Ms. Sun will also explain why she is not yet registered as an attorney of record in this action on ECF.

Counsel for Defendants, Lara Hutner, shall provide the Court with a declaration regarding the attorney's fees expended at today's Case Management Conference, which proved useless due to Plaintiff's failures.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2