Daniel Feder (SBN 130867)
Qian Sun (SBN 296368)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
MA JANETTE MEDRANO

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
JESSICA N. LEAL, ESQ., Cal. Bar No. 267232
E-Mail: jleal@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STARBUCKS CORPORATION,
doing business as STARBUCKS
COFFEE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. 4:11-cv-04846-YRG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>Date:    May 10, 2012<br>Time:   9:00 a.m.<br>Judge:  Hon. Kandis A. Westmore |

{100011512}

1. Plaintiff Ma Janette Medrano (hereinafter "Plaintiff") and Defendant Starbucks Corporation, doing business as Starbucks Coffee Company (hereinafter "Starbucks" or "Defendant") hereby submit this Joint Stipulation and [Proposed] Order requesting a rescheduling of the settlement conference currently scheduled for May 10, 2012.  As set forth below, the parties had to reschedule Plaintiff's deposition in order to provide Plaintiff with additional time to procure and turn over her Employment Development Department ("EDD") records, which to date have not been forthcoming from the EDD office.  As a result, the parties ask to reschedule their mandatory settlement conference until July 11, 2012 or July 12, 2012.

      1.     Honorable Judge Yvonne Gonzalez Rogers initially referred this matter for a mandatory settlement conference to Magistrate Judge Bernard Zimmerman for settlement purposes and the parties and the Court agreed to a settlement conference of May 10, 2012.  (Dkt. No. 22.)  This date was selected to accommodate the scheduling of Plaintiff's deposition for April 19, 2012, as each party believes that a settlement conference will be most meaningful after the completion of Plaintiff's deposition and limited discovery.

      2.     On February 24, 2012, Starbucks initially informed Plaintiff's counsel that it would be seeking Plaintiff's EDD files for disability and unemployment benefits.  The parties disagreed over what EDD records should be released and sought judicial intervention after their meet and confer efforts were unsuccessful.  Thereafter, on March 21, 2012, this Court ordered Plaintiff to request the records in dispute from the EDD and produce relevant portions of the EDD records and a log identifying the nature of any documents not produced by April 12, 2012 – "based on the Court's understanding that these records are needed for Plaintiff's deposition noticed for April 19, 2012." (Dkt. No. 32.)  The Court also wrote: "If the records cannot be obtained from the EDD and produced pursuant to the above timeframe, the Court encourages the parties to meet and confer regarding additional dates." (*Id*.)

      3.     As a result of the Court's order, counsel for Plaintiff submitted a request to the EDD for Plaintiff's files.  To date, Plaintiff's counsel has not received a response from the EDD and is trying to contact the EDD to check the document release status.  At this time, counsel for Plaintiff is not certain when Plaintiff will receive her EDD records.

-2-

1     4. Accordingly, the parties agreed to reschedule Plaintiff's April 19th deposition.
2 Although the parties do not know when the EDD will release Plaintiff's files, the parties are
3 optimistic that the files will be forthcoming in the next three weeks. Taking into consideration the
4 time it may take the EDD to respond, Plaintiff's counsel's time to review those records, and
5 Plaintiff's counsel's preplanned vacation from May 23rd to June 4th, the parties met and conferred
6 and agreed to reschedule Plaintiff's deposition to June 14, 2012.

7     5. The parties jointly submitted a stipulation to Judge Yvonne Gonzalez Rogers
8 requesting additional time to complete their mandatory settlement conference. (Dkt. No. 33.)
9 Pursuant to the stipulation, the Court ordered that the deadline for the parties' mandatory
10 settlement conference before a Magistrate Judge to occur by will be extended to July 31, 2012.
11 (Dkt. No. 34.)

12     6. On April 25, 2012, this case was referred to Magistrate Judge Kandis A. Westmore
13 for settlement purposes.

14     7. Counsel for the parties each believe that a settlement conference will be most
15 meaningful after the completion of Plaintiff's deposition and limited discovery.

16     8. Counsel for the parties met and conferred and mutually agreed to reschedule the
17 settlement conference for Wednesday, July 11, 2012 or Thursday, July 12, 2012, when all parties
18 are available.

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

{100011512}

1 | The parties hereby respectfully submit a joint request that the Court reschedule the
2 | settlement conference to July 11, 2012 or July 12, 2012.
3 | SO STIPULATED:
4 | Dated: April 27, 2012                    LAW OFFICES OF DANIEL FEDER

6 |                                          By        */s/ Qian Sun*
                                                      DANIEL FEDER
7 |                                                   QIAN SUN

8 |                                          Attorneys for Plaintiff
                                             MA JANETTE MEDRANO

11 | Dated: April 27, 2012                   VILLARREAL HUTNER & TODD PC

13 |                                         By        */s/ Jessica N. Leal*
                                                      LARA VILLARREAL HUTNER
                                                      JESSICA N. LEAL

15 |                                         Attorneys for Defendant
                                             STARBUCKS CORPORATION,
                                             doing business as STARBUCKS
16 |                                         COFFEE COMPANY

17 | **ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

18 | I attest that concurrence in the filing of this document by the signatory Qian Sun, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

21 | I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

23 | Executed at San Francisco, California this 27th day of April, 2012.

26 |                                                   */s/ Jessica N. Leal*
                                                      JESSICA N. LEAL

1  IT IS SO ORDERED:

2   The stipulation of the parties to reschedule the May 10, 2012 settlement conference is
3  approved and hereby adopted as the Order of the Court.  The settlement conference is rescheduled
4  for [Wednesday, July 11, 2012] [Thursday, July 12, 2012] [or, alternatively, _____,
5  2012]. at 11:00 am.

6
7  Dated: April 30, 2012              By     *Kandis Westmore*
                                              Magistrate Judge Kandis A. Westmore
8