# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MA JANETTE MEDRANO, an individual,** | **Case No.: C-4:11-4846 YGR** |
| **Plaintiffs,** | **ORDER** |
| vs. | |
| **STARBUCKS CORPORATION, ET AL,** | |
| **Defendant.** | |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: April 30, 2012

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**