Daniel Feder (SBN 130867)
Qian Sun (SBN 269368)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
MA JANETTE MEDRANO


VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
JESSICA N. LEAL, ESQ., Cal. Bar No. 267232
E-Mail: jleal@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STARBUCKS CORPORATION,
doing business as STARBUCKS
COFFEE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO, an individual, | CASE NO. 4:11-cv-04846-YRG |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; and DOES 1-50, inclusive, | Date:     July 11, 2012<br>Time:     11:00 a.m.<br>Judge:    Hon. Kandis A. Westmore |
| Defendants. | |

{100011834}

1  Plaintiff Ma Janette Medrano (hereinafter "Plaintiff") and Defendant Starbucks
2 Corporation, doing business as Starbucks Coffee Company (hereinafter "Starbucks" or
3 "Defendant") hereby submit this Joint Stipulation and [Proposed] Order requesting a rescheduling
4 of the settlement conference currently scheduled for July 11, 2012, to just one day later, on July
5 12, 2012.

6  1. The Honorable Judge Yvonne Gonzalez Rogers ordered that the deadline for the
7 parties' mandatory settlement conference before a Magistrate Judge to occur by July 31, 2012.
8 (Dkt. No. 34.)

9  2. On April 25, 2012, this case was referred to Magistrate Judge Kandis A. Westmore
10 for settlement purposes.  On April 30, 2012, the settlement conference was schedule for July 11,
11 2012.  (Dkt. No. 36.)

12  3. Counsel for the parties met and conferred and mutually agreed to respectfully
13 submit a joint request that the Court reschedule the settlement conference from Wednesday, July
14 11, 2012 to Thursday, July 12, 2012, when all parties are available, if the Court has availability.
15 SO STIPULATED:

16 Dated:  May 15, 2012                          LAW OFFICES OF DANIEL FEDER

18                                               By     */s/ QIAN SUN*
                                                       DANIEL FEDER
19                                                     QIAN SUN

20                                               Attorneys for Plaintiff
                                                 MA JANETTE MEDRANO

22 Dated:  May 15, 2012                          VILLARREAL HUTNER & TODD PC

23                                               By     */s/ Jessica N. Leal*
                                                       LARA VILLARREAL HUTNER
24                                                     JESSICA N. LEAL

25                                               Attorneys for Defendant
                                                 STARBUCKS CORPORATION,
26                                               doing business as STARBUCKS
                                                 COFFEE COMPANY

{100011834}                                      -1-
CASE NO. 4:11-cv-04846-YRG                        JOINT STIPULATION AND [~~PROPOSED~~] ORDER
                                                  RESCHEDULING SETTLEMENT CONFERENCE

-2-

**1**  ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

**2**  I attest that concurrence in the filing of this document by the signatory Qian Sun, has been

**3**  obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd

**4**  PC.

**5**  I declare under penalty of perjury pursuant to the laws of the United States of America that

**6**  the foregoing is true and correct.

**7**  Executed at San Francisco, California this 15th day of May, 2012.

**8**

**9**

**10**                                              */s/ Jessica N. Leal*
                                              JESSICA N. LEAL

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

{100011834}

CASE NO. 4:11-cv-04846-YRG                  JOINT STIPULATION AND [PROPOSED] ORDER
                                            RESCHEDULING SETTLEMENT CONFERENCE

-3-

1  IT IS SO ORDERED:

2       The stipulation of the parties to reschedule the July 11, 2012 settlement conference is
3  approved and hereby adopted as the Order of the Court.  The settlement conference is rescheduled
4  for Thursday, July 12, 2012.

5

6  Dated: __May 15, 2012__        By  ___*Kandis Westmore*___
                                      Magistrate Judge Kandis A. Westmore
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{100011834}

CASE NO. 4:11-cv-04846-YRG                JOINT STIPULATION AND [PROPOSED] ORDER
                                          RESCHEDULING SETTLEMENT CONFERENCE