1  Daniel Feder (SBN 130867)
   Qian Sun (SBN 269368)
2  LAW OFFICES OF DANIEL FEDER
   332 Pine Street, Suite 700
3  San Francisco, CA  94104
   Telephone: (415) 391-9476
4  Facsimile: (415) 391-9432

5  Attorneys for Plaintiff
   MA JANETTE MEDRANO
6

7  VILLARREAL HUTNER & TODD PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
8  E-Mail: lhutner@vhtattorneys.com
   JESSICA N. LEAL, ESQ., Cal. Bar No. 267232
9  E-Mail: jleal@vhtattorneys.com
   575 Market Street, Suite 300
10 San Francisco, California  94105
   Telephone: 415.543.4200
11 Facsimile: 415.512.7674

12 Attorneys for Defendant
   STARBUCKS CORPORATION,
13 doing business as STARBUCKS
   COFFEE COMPANY

14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| 19 | MA JANETTE MEDRANO, an individual, | CASE NO. 4:11-cv-04846-YRG |
|---|---|---|
| 20 | Plaintiff, | |
| 21 | v. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING MANDATORY SETTLEMENT CONFERENCE DEADLINE** |
| 22 | STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; and DOES 1-50, inclusive, | |
| 23 | | |
| 24 | | Action Filed:  July 21, 2011<br>Trial Date:  February 4, 2013<br>Judge:  Hon. Yvonne Gonzalez Rogers |
| 25 | | |
| 26 | Defendants. | |

27                                        {200014274}

28   CASE NO. 4:11-cv-04846-YRG                    JOINT STIPULATION AND [PROPOSED]
                                                                            ORDER
                                                   EXTENDING MANDATORY SETTLEMENT
                                                              CONFERENCE DEADLINE

1    Plaintiff Ma Janette Medrano (hereinafter "Plaintiff") and Defendant Starbucks
2  Corporation, doing business as Starbucks Coffee Company (hereinafter "Starbucks" or
3  "Defendant"), hereby stipulate, and respectfully request that the Court agree, that the deadline by
4  which the parties must attend a mandatory settlement conference before a Magistrate Judge be
5  extended from July 31, 2012, to August 31, 2012.  As set forth below, the parties had to
6  reschedule Plaintiff's depositions in order to provide Plaintiff with additional time to procure and
7  turn over her Employment Development Department ("EDD") records.  As a result, the parties ask
8  for an extension of time to complete their mandatory settlement conference until August 31, 2012.

9    1.    On February 14, 2012, Honorable Yvonne Gonzalez Rogers referred this matter for
10 a mandatory settlement conference before a Magistrate Judge to occur by May 14, 2012.  (Dkt.
11 No. 19.)  This matter was referred to Magistrate Judge Bernard Zimmerman for settlement
12 purposes and the parties and the Court agreed to a settlement conference of May 10, 2012.  (Dkt.
13 No. 22.)  This date was selected to accommodate the scheduling of Plaintiff's deposition for April
14 19, 2012, as each party believes that a settlement conference will be most meaningful after the
15 completion of Plaintiff's deposition and limited discovery.

16    2.    On February 24, 2012, Starbucks initially informed Plaintiff's counsel that it would
17 be seeking Plaintiff's EDD files for disability and unemployment benefits.  The parties disagreed
18 over what EDD records should be released and sought judicial intervention after their meet and
19 confer efforts were unsuccessful.  Thereafter, on March 21, 2012, this Court ordered Plaintiff to
20 request the records in dispute from the EDD and produce relevant portions of the EDD records and
21 a log identifying the nature of any documents not produced by April 12, 2012 – "based on the
22 Court's understanding that these records are needed for Plaintiff's deposition noticed for April 19,
23 2012." (Dkt. No. 32.)  The Court also wrote: "If the records cannot be obtained from the EDD and
24 produced pursuant to the above timeframe, the Court encourages the parties to meet and confer
25 regarding additional dates." (*Id*.)

26    3.    As a result of the Court's order, counsel for Plaintiff submitted a request to the
27 EDD for Plaintiff's files.

28    4.    Plaintiff's counsel did not receive a response from the EDD in April 2012.

1  Accordingly, the parties agreed to reschedule Plaintiff's April 19th deposition to June 14, 2012.
2  The parties also agreed to reschedule three third-party witnesses' depositions to June 19, 20 and
3  21, 2012.

4      5.    For each of these reasons, the parties agreed that they would be able to participate
5  in a more meaningful settlement conference if they were able to move the deadline to attend a
6  settlement conference to the end of July.  Accordingly, the parties jointly sought the Court to
7  extend the May 15th deadline to complete their mandatory settlement conference in order to
8  accommodate the completion of Plaintiff's deposition after receipt of her EDD records.

9      6.    Counsel for the parties also met and conferred and sought approval to reschedule
10  the May 10, 2012 mandatory settlement conference to July 11 or 12, 2012, when all parties are
11  available.

12      7.    On April 23, 2012, Honorable Judge Yvonne Gonzalez Rogers granted the
13  stipulation extending mandatory settlement conference, and the deadline was extended to July 31,
14  2012.  (Dkt. No. 34.)

15      8.    On April 30, 2012, Honorable Judge Gonzalez Rogers referred this matter for a
16  mandatory settlement conference to Magistrate Judge Kandis A. Westmore.  (Dkt. No. 37.)

17      9.    On April 30, 2012, Magistrate Judge Westmore approved the stipulation to
18  reschedule the May 10, 2012 mandatory settlement conference to July 11, 2012.  (Dkt. No. 36.)

19      10.    On May 10, 2012, the parties requested a rescheduling of the mandatory settlement
20  conference date from July 11, 2012, to July 12, 2012.

21      11.    On May 15, 2012, Magistrate Judge Westmore approved the request to reschedule
22  the July 11, 2012 mandatory settlement conference to July 12, 2012.  (Dkt. No. 39.)

23      12.    On or about June 4, 2012, Plaintiff's counsel received the released documents from
24  the EDD, which only included information about Plaintiff's payment history.  On or about June 5,
25  2012, Plaintiff's counsel produced a copy of these documents to Starbucks.

26      13.    After receiving the EDD records, on or about June 6, 2012, Starbucks informed
27  counsel for Plaintiff that there were additional EDD documents that the parties were aware of that
28  were not produced by the EDD.

{200014274}　　　　　　　　　　　　　　　　　　　　　-2-

CASE NO. 4:11-cv-04846-YRG　　　　　　　　　　　JOINT STIPULATION AND [PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　EXTENDING MANDATORY SETTLEMENT CONFERENCE DEADLINE

**1**      14.     On or about June 7, 2012, Plaintiffs counsel called the EDD to find out whether

**2** there are other documents including medical records in Plaintiff's EDD files.  Plaintiff's counsel

**3** was not able to get a hold of the person who is in charge of Plaintiff's files, and left a message.

**4**      15.     Thereafter, Plaintiff's counsel called the EDD several times and left messages

**5** every day, and did not receive any response from the EDD.

**6**      16.     On or about June 11, 2012, Plaintiff's counsel sent a letter to the EDD inquiring

**7** about additional documentation in Plaintiff's files.

**8**      17.     On or about June 11, 2012, Starbucks took Plaintiff's deposition schedule for June

**9** 14, 2012, off calendar.  Starbucks informed counsel for Plaintiff that the parties would have to

**10** reschedule all depositions until after the production of the relevant EDD records.

**11**      18.     On June 14, 2012, Plaintiff's counsel sent another letter to the EDD inquiring about

**12** additional documentation in Plaintiff's files.

**13**      19.     On or about June 20, 2012, staff from the EDD informed Plaintiff's counsel that

**14** they had already released all documents that they could, and both a subpoena and authorization of

**15** release would be necessary to release the other documents.  On the same day, Plaintiff's counsel

**16** sent Plaintiff a copy of updated authorization of release to obtain Plaintiff's signature.

**17**      20.     Plaintiff's counsel received Plaintiff's signed authorization of release on the

**18** afternoon of June 22, 2012.

**19**      21.     The subpoenas and the signed release to the EDD were issued by Plaintiff on June

**20** 25, 2012.

**21**      22.     The parties have agreed to reschedule Plaintiff's deposition to Wednesday, August

**22** 1, 2012.

**23**      23.     The parties have agreed to reschedule the depositions of witnesses Emerald Bristol,

**24** J'Michael Hodge Johnson, and Tanya Hansen to a date after the completion of Plaintiff's

**25** deposition.  If Plaintiff's deposition is completed on August 1, 2012, the parties agree to take the

**26** depositions of witnesses Emerald Bristol, J'Michael Hodge Johnson, and Tanya Hansen on dates

**27** in the beginning of August 2012.

**28**      24.     For each of these reasons, the parties agree that they would be able to participate in

1  a more meaningful settlement conference if the deadline to attend a settlement conference is
2  moved to the end of August.  Counsel for the parties also met and conferred and mutually agreed
3  to seek Magistrate Judge Westmore's approval to reschedule the July 12, 2012 mandatory
4  settlement conference to August 22 or 24, 2012, when all parties are available.  Accordingly, the
5  parties would like the Court to extend the July 31, 2012 deadline to complete their mandatory
6  settlement conference in order to accommodate the completion of Plaintiff's deposition after
7  receipt of her EDD records, and then the depositions of the three third-party witnesses identified
8  above.

   The parties hereby respectfully submit a joint request that the Court extend their deadline to attend a settlement conference to August 31, 2012.  The parties do not seek any other modifications to the scheduling order at this time.

   SO STIPULATED.

                                    Respectfully submitted,

Dated:  June  26 , 2012             LAW OFFICES OF DANIEL FEDER


                                    By    */s/ Qian Sun*
                                          DANIEL FEDER
                                          QIAN SUN

                                          Attorneys for Plaintiff
                                          MA JANETTE MEDRANO




Dated:  June 25, 2012               VILLARREAL HUTNER & TODD PC


                                    By    */s/ Jessica N. Leal*
                                          LARA VILLARREAL HUTNER
                                          JESSICA N. LEAL

                                          Attorneys for Defendant
                                          STARBUCKS CORPORATION,
                                          doing business as STARBUCKS
                                          COFFEE COMPANY

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for the parties' mandatory settlement conference before a Magistrate Judge to occur by will be extended to August 31, 2012.

Dated: June 28, 2012    By _____
Honorable Judge Yvonne Gonzalez Rogers