UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORP., et al.,<br><br>    Defendants. | Case No.: C-11-04846-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing is scheduled on Friday, October, 19, 2012 on the Court's 9:01 a.m. Calendar. The Court has received Starbucks' Statement re Case Status Following Settlement Conference with Judge Kandis Westmore. (Dkt. No. 48.) The compliance hearing is hereby **CONTINUED** to Friday, November 30, 2012 on the Court's 9:01 a.m. calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**