| | |
|---|---|
| 1 | REIDUN STRØMSHEIM # 104938 |
| | JOHNSON C. W. LEE # 253775 |
| 2 | STROMSHEIM & ASSOCIATES |
| | 201 California Street, Suite 350 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 989-4100 |
| 4 | Fax: (415) 989-2235 |
| | rstromsheim@stromsheim.com |
| 5 | jlee@stromsheim.com |

Attorneys for Real Party in Interest,
JOHN T. KENDALL, Trustee of the
Chapter 7 Bankruptcy Estate of
MA JANETTE MEDRANO, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA JANETTE MEDRANO, an individual, | Case No. 4:11-cv-04846-YGR |
| Plaintiff, | **STIPULATION TO VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation doing business in California; STARBUCKS COFFEE COMPANY, a Washington corporation doing business in California; AND DOES 1-50, inclusive, | |
| Defendants. | |

IT IS SO ORDERED
[signature]
1/30/13
Judge Yvonne Gonzalez Rogers

**TO THIS HONORABLE COURT; MA JANETTE MEDRANO, AND HER ATTORNEYS OF RECORD; AND STARBUCKS CORPORATION, AND ITS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, JOHN T. KENDALL, TRUSTEE, the duly appointed Chapter 7 trustee of the bankruptcy estate of plaintiff MA JANETTE MEDRANO, and the real party in interest in the above-captioned civil action, and defendants STARBUCKS CORPORATION and STARBUCKS COFFEE COMPANY, by and through their respective attorneys of record, hereby agree and stipulate to the dismissal of this entire action, with prejudice, on the grounds that the parties have reached a full and final settlement in this action.

1     SO STIPULATED.

2   DATED: January 24, 2013         STROMSHEIM & ASSOCIATES

3

4                                    /s/ Johnson C. W. Lee
                                  JOHNSON C. W. LEE

5                                 Attorneys for Real Party in Interest
                                JOHN T. KENDALL, TRUSTEE

6

7   DATED: January 24, 2013         VILLARREAL HUTNER & TODD PC

8

9                                  /s/ Lara Villarreal Hutner
                                LARA VILLARREAL HUTNER

10                                Attorneys for Defendant
                               STARBUCKS CORPORATION, dba

11                               STARBUCKS COFFEE COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28