REIDUN STRØMSHEIM # 104938
JOHNSON C. W. LEE # 253775
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 989-4100
Fax:             (415) 989-2235
rstromsheim@stromsheim.com
jlee@stromsheim.com

Attorneys for Real Party in Interest,
JOHN T. KENDALL, Trustee of the
Chapter 7 Bankruptcy Estate of
MA JANETTE MEDRANO, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MA JANETTE MEDRANO, an individual,

Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington corporation doing business in
California; STARBUCKS COFFEE
COMPANY, a Washington corporation doing
business in California; AND DOES 1-50,
inclusive,

Defendants.

Case No. 4:11-cv-04846-YGR

**STIPULATION TO VOLUNTARY
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE**

IT IS SO ORDERED

1/30/13
Judge Yvonne Gonzalez Rogers

**TO THIS HONORABLE COURT; MA JANETTE MEDRANO, AND HER ATTORNEYS
OF RECORD; AND STARBUCKS CORPORATION, AND ITS ATTORNEYS OF
RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

of Civil Procedure, JOHN T. KENDALL, TRUSTEE, the duly appointed Chapter 7 trustee of the

bankruptcy estate of plaintiff MA JANETTE MEDRANO, and the real party in interest in the

above-captioned civil action, and defendants STARBUCKS CORPORATION and STARBUCKS

COFFEE COMPANY, by and through their respective attorneys of record, hereby agree and

stipulate to the dismissal of this entire action, with prejudice, on the grounds that the parties have

reached a full and final settlement in this action.

1      SO STIPULATED.

2   DATED: January 24, 2013           STROMSHEIM & ASSOCIATES

3

4                                 /s/ Johnson C. W. Lee
                                 JOHNSON C. W. LEE

5                                 Attorneys for Real Party in Interest
                                 JOHN T. KENDALL, TRUSTEE

6

7   DATED: January 24, 2013           VILLARREAL HUTNER & TODD PC

8

9                                 /s/ Lara Villarreal Hutner

10                               LARA VILLARREAL HUTNER
                                 Attorneys for Defendant
                                 STARBUCKS CORPORATION, dba

11                                 STARBUCKS COFFEE COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28